## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Lucas Emanuel Uria Theis, a.k.a. Luke Belmar; Capital Club LLC; Ecom Society LLC; DBH Digital LLC, d/b/a Gem Hunters. <br><br> *Plaintiffs*, <br><br> v. <br><br> Tan Boon Kiat, a.k.a. Steve Tan, <br><br> *Defendant*. | Civil No. <br><br> Defamation (Libel/Slander); Tortious Interference; Damages. <br><br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiffs Lucas Emanuel Uria Theis, a.k.a. Luke Belmar ("Mr. Theis"), Capital Club LLC ("Capital Club"), Ecom Society LLC ("Ecom Society"), and DBH Digital LLC, d/b/a Gem Hunters ("Gem Hunters") state and complain against Defendant Tan Boon Kiat, a.k.a. Steve Tan, ("Mr. Tan"), as follows.

## PRELIMINARY STATEMENT

1.      This diversity action arises from Defendant's systematic, continuous, and relentless attacks to defame and harass Mr. Theis, damage his personal and professional reputation, and interfere with his companies' contractual relationships with third parties. Plaintiffs state a claim for defamation, under Art. II, sec. 8 of the Constitution of Puerto Rico, Puerto Rico's Libel and Slander Act (P.R. Laws Ann. Tit. 32, § 3141 *et seq*.), and damages and tortious interference under Art. 1536 of the Puerto Rico Civil Code (P.R. Laws Ann. Tit. 31, § 10801).

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over the present civil action pursuant to 28 U.S.C. § 1332, as the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs,

and arises between citizens or subjects of different states. In particular, there is complete diversity of citizenship between Plaintiffs (domiciled in Puerto Rico) and the Defendant (an individual domiciled in Malaysia).

3.      Venue in this Court is proper under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred within the District of Puerto Rico. Defendant has engaged in a continuous smearing campaign in Puerto Rico, systematically targeting Mr. Theis and his businesses, particularly his Puerto Rico-based business operations Capital Club, Ecom Society, and Gem Hunters.

### THE PARTIES

4.      Plaintiff Lucas Uria Theis, a.k.a. Luke Belmar ("Mr. Theis") is an individual domiciled in Puerto Rico.

5.      Plaintiff Capital Club LLC ("Capital Club"), is a limited liability company organized under the laws of Wyoming, with principal office in San Juan, Puerto Rico, and a mailing address in Miami, Florida. Capital Club's principal place of business is Puerto Rico and its members are domiciled in Puerto Rico.

6.      Plaintiff Ecom Society LLC ("Ecom Society") is a domestic limited liability company organized under the laws of Puerto Rico, with principal offices in Puerto Rico. Ecom Society's principal place of business is Puerto Rico and its members are domiciled in Puerto Rico.

7.      DBH Digital LLC, d/b/a Gem Hunters ("Gem Hunters") is a domestic limited liability company organized under the laws of Puerto Rico, with principal offices in Puerto Rico. Gem Hunters' principal place of business is Puerto Rico and its members are domiciled in Puerto Rico.

8.      Defendant Tan Boon Kiat, a.k.a. Steve Tan, ("Mr. Tan") is an individual domiciled in Malaysia.

## RELEVANT FACTS COMMON TO ALL CLAIMS

9.      Since its inception in 2021, Capital Club aims to be the largest decentralized network in the world focused on creating, multiplying and preserving wealth and opportunities for all entrepreneurs. The company provides businesses and entrepreneurs with exclusive access to a private ecosystem. It provides access to courses and exclusive series, which allow members to develop their skillsets by learning from some of the world's top experts in Business, Entrepreneurship, Biohacking, and Finance. The company also hosts private networking events throughout major cities, offering an exclusive opportunity for members to connect with like-minded entrepreneurs from all over the world. It also offers its members privately negotiated rates on popular products and services.

10.     In addition to Capital Club, Mr. Theis founded and operates the following businesses: Ecom Society LLC, which operates an e-commerce education platform; and Gem Hunters, which operates a cryptocurrency education platform.

11.     In 2022, Mr. Theis began a business relationship with Defendant, Mr. Tan, through which they collaborated on the relaunch of new products for Capital Club.

12.     Mr. Tan was never a member, shareholder, owner or partner of Capital Club LLC, and was never hired contractually by or given any remunerations from that entity.

13.     Long after Mr. Theis organized Capital Club, Defendant and Mr. Theis engaged in discussions regarding the potential formation of a broader business venture based in Hong Kong, which they commonly referred to as the Capital Club Business, not to be confused with Capital Club LLC.

14.    The Capital Club Business was intended to utilize Hong Kong entities which were formed by Defendant's brother, Evan Tan, between 2022 and 2023—including one known as Capital Club Holdings Limited ("Holding Company") and other subsidiaries and/or affiliates in Hong Kong, such as CC International Limited ("CCIL")—to relocate the Capital Club Business to Hong Kong and to create an international partnership.

15.    Mr. Theis believed he was to be a 50% shareholder of these entities and the Capital Club Business. Mr. Theis created promissory notes and had legal and financial teams all aware Mr. Tan was holding onto Mr. Theis's shares until Mr. Theis was ready to execute them. However, Mr. Theis was never provided with any shareholding in the Hong Kong entities by Defendant.

16.    In mid-2024, Mr. Tan indicated that he wanted to leave the partnership.

17.    Mr. Theis claimed his shares from Mr. Tan. However, despite multiple requests, including multiple in-person trips to Malaysia, Defendant repeatedly refused to transfer Mr. Theis's rightful shares.

18.    Instead, Mr. Tan then demanded that Mr. Theis purchase 100% of the company from him, even though Mr. Theis was already supposed to be a 50% owner.

19.    Mr. Tan stated he would not sign over 50% shares of the Holding Company to Mr. Theis, forcing him to buy all 100% of the shares and threatened to sell shares to a third party.

20.    Even though Mr. Theis was supposed to be 50% owner of the Hong Kong operations and entities, he was forced by Defendant's hostile tactics to engage in negotiations to get ownership of his assets.[1]

---

[1] Notably, on May 21, 2024, Mr. Tan changed the ownership structure of the Holding Company— where Mr. Theis was supposed to hold a 50% interest—by selling all of its shares to a new company that was owned by himself and his brother. This maneuver made the negotiations fundamentally deceptive.

21.     However, in October 2024, when the parties were in the final stages of negotiation, Mr. Tan tried to push Mr. Theis completely out of the business—likely in an attempt to close out the deal faster and force Mr. Theis to pay him. Mr. Tan removed Mr. Theis's administrator access to Google Workspace ("G-suite"), along with his access to company shared drives of the departments; conducted a data export; gave access to terminated employees to the company's data as well as non-company emails; and proceeded to wipe the G-suite. Mr. Tan further revoked Mr. Theis's access to monitor member subscriptions and to pay team members from the company's bank accounts. Defendant also removed Mr. Theis's access to cryptocurrency deals and wallets that Mr. Theis specifically brought in and Defendant then drained those wallets later in August 2025.

22.     Mr. Theis and his team submitted a claim to Google concerning Defendant's rogue actions and prevailed.

23.     On September 11, 2025—after failing to pressure Mr. Theis into an unfair buyout, and in an apparent attempt to generate publicity and inflict reputational and financial harm—Defendant filed a lawsuit against Mr. Theis, his wife, and Capital Club in Wyoming.[2]

24.     Additionally, in October 2025, Defendant began a systematic, continuous, and relentless defamation, smearing, and harassment campaign throughout multiple social media platforms, including Instagram, X, YouTube, and various podcasts.

25.     Mr. Tan has published numerous false and malicious statements about Mr. Theis, portraying him as an abusive husband, narcissist, and scammer, among other accusations. Many

---

[2] The lawsuit is riddled with false claims and has been widely circulating on social media since Defendant publicized it on X. See Tan Boon Kiat v Theis *et al.*, Civ No. 1:25-cv-00214 (United States District Court for the District of Wyoming); see also *infra*, ¶ 29.

of these statements have been actively reshared by Defendant's brother, Evan Tan (@heyevantan), and sister-in-law.

26.     Defendant has also lied to other content creators who have in turn published content defaming Mr. Theis with unverified claims.

27.     Mr. Tan's smear campaign is extensive and well-documented across the internet. Plaintiffs have gathered and preserved evidence, including screenshots of <u>daily</u> posts and stories published by Mr. Tan—along with followers' post reactions and comments—and downloaded videos and podcast episodes.

28.      For instance, on October 24, 2025, Mr. Tan posted the following statement and image on X:

> Says the man whose own blood brother calls him Diablo (Devil), someone lost his ways in fame, ego and money. The irony writes itself.



29.     On October 26, 2025, Mr. Tan posted the following statement on X, along with a preview of the first page of the complaint he filed against Mr. Theis in Wyoming:

> The mask finally slips. The lawsuit against Luke Belmar, his wife, and Capital Club LLC is now public. Every lie. Every manipulation. Every dollar taken.

Read it for yourself — the truth doesn't need filters. Comment "link" and I'll send you the full lawsuit PDF link.

30.    The following day, on October 27, 2025, Mr. Tan posted the following statement on X to portray Mr. Theis as a liar, a fraudster, and a bully, and actively inciting followers to partake in his campaign to damage Mr. Theis's reputation and credibility:

A Personal Note, I Need Your Support

Over the past year, I've watched Luke Belmar spread lie after lie
about how Capital Club started,
why I left,
and what really happened behind closed doors.

He tells the world one version of events, then privately rewrites history.

He's portrayed me as someone who walked away for selfish reasons,
like chasing meme coins.
He claims he "bought me out."

But those are lies.

He locked me out of the systems I built.
Removed me from the community I helped create.
Then turned around and twisted the truth to serve his own narrative.

I've stayed quiet long enough.

I didn't want drama. I didn't want attention.
Even when I filed a lawsuit, I chose to stay silent.

But when someone keeps weaponizing your silence
Keeps lying to their audience
Keeps hiding behind virtue while betraying those who helped them rise

That's when the silence ends.

So here's what I'm asking:

If you've worked with me before

If you've seen how I lead teams and build businesses
If you've witnessed how I operate
And the values I stand by, both in business and in life

I'd truly appreciate your voice right now.

  Leave a comment
  Drop a reply
  Share your experience
  Post your truth

Your voice matters more than you know.

I'm standing up against a bully, someone with a massive following.

But I know real support doesn't come from numbers.

It comes from the people who've seen how I really operate.
Who know who I am, as a person, and as a builder.
Let's bring truth to the surface.

I appreciate you all.

Steve

#LukeBelmar #TruthMatters #CapitalClub

31.    That same day (October 27, 2025), Mr. Tan shared another story on X, following up on his relentless defamation campaign against Mr. Theis and calling for more people to follow him on X and support his effort to damage Mr. Theis's reputation and credibility:

The DMs I've been getting about Luke Belmar are wild.

Dozens of people have reached out sharing their own stories and bad experiences – and it's clear his arrogance, ego, and greed are catching up with him.

The same man preaching "truth, purity, and purpose" is the one who built everything on manipulation and deceit.

If you've been burned by him too, drop your story in the comments under my post on X. The world deserves to see who he really is.

In the coming weeks. I'll share everything – all the lies, all the bullshit, and the truth about what really happened behind the scenes at Capital Club.

How me and my brother were completely forced out by Luke and his wife, Lara Colombo – after building from 0 to over 3 billion views in 1.5 years.

Follow me on X – the full story is coming. [emoji]

32.     On October 31, 2025, Mr. Tan posted the following statement on X, portraying Mr. Theis as a fraud, a liar, and a manipulator:

Thank you to everyone, my friends, followers, and supporters. Your love, messages, and solidarity have meant the world to me during one of the hardest chapters of my life. I see you. And I feel it all. Real always recognizes real. This isn't about revenge. It's about sharing the truth and preventing others from going through what I did. If my story can prevent even one more person from being misled, manipulated, or taken advantage of… Then it's worth speaking up. Thank you for standing with me. We rise by staying rooted in truth.

33.     On October 31, 2025, Mr. Tan posted the following statement on X, falsely claiming that Mr. Theis took advantage of him, insinuating that Mr. Theis should not be trusted, encouraging followers to join his campaign, and announcing a series of videos further defaming Mr. Theis and disparaging his business:

I'm working on a series of videos over the next few weeks to answer your top questions about Luke Belmar, Capital Club, and what really happened to me and my brother behind closed doors.

The deeper I dig, the darker it gets.
And honestly… I couldn't have uncovered all this without your help, your stories, your receipts, your firsthand experiences.

If I'm being completely honest with you:
I should've done my due diligence.
But I had a soft spot for brotherhood. Friendship is one of my highest values.
I let my guard down for someone I thought I could trust.
I mixed business with loyalty, and that's exactly where he took advantage of me.

The betrayal hurts honestly
It took me a year to fully process and heal from it.
But it taught me the most painful lesson of all:
Some people pretend to share your values… just to gain your trust and use it against you.

This isn't about revenge.
It's about truth.
It's about standing up for what's right.
And it's about warning others, because the person you see online isn't who he really is behind closed doors.

So now I want to hear from you:

Drop your most burning questions below
What lies or claims do you want clarity on?
What needs to be exposed next?

I'll be answering everything that I know or uncover, directly, in the videos to come.

#LukeBelmar #CapitalClub #lukebelmarExposed #Justice

34.     On November 4, 2025, Mr. Tan posted the following statement on X, disparaging Mr. Theis's character, reputation, and credibility, and falsely claiming Mr. Theis failed to honor an alleged buyout agreement:

Replying to @yevrrah @lukebelmar y @Jason_____A

Appreciate your candor, that's a fair question.
The truth is: **If I truly known who he is as a person or had seen the full extent of what was really going on behind the scenes, I wouldn't have risked working with him.** I had other several other businesses running. I wasn't desperate for partnerships.

Back then, he came across as hungry, charismatic, and constantly trying to offer value. He sold me on a bigger vision for Capital Club, something that felt like it could be larger than me. And I wanted to believe in that.

I've been in business for years, and even then, I've had moments where I gave people the benefit of the doubt. I wanted to believe in him, in the vision, in the brotherhood we were trying to build.

And yes, in hindsight, there were red flags. I should've done deeper due diligence. I got caught up in the charisma, the optics, and the polished social media presence. It's like the honeymoon phase of a relationship, you overlook what you shouldn't because you're hopeful.

When it became clear what was really going on, I chose to leave as we're no longer aligned. I wasn't trying to go public or start drama, I just wanted to move on with my life and heal from this. **I agreed to a low buyout, just**

**to close the chapter but he ghosted, locked us out, and never honored the agreement. That's when I filed the lawsuit, silently.**

**What really pushed me to speak publicly was seeing him use religion and faith as a shield, preaching about God and truth online, while I knew the truth behind the scenes. That's what finally triggered me to share what really happened.**

So again I'm not here to wear a halo. I'm not here to play victim. I'm just here to share the full context and the truth of what's really been happening. Appreciate you asking this, these conversations matter.

(emphasis added)

35.     In the post above, Defendant claims he "filed the lawsuit silently," and that "[w]hat really pushed [him] to speak publicly was seeing [Mr. Theis] use religion and faith as a shield, preaching about God and truth online, while [he (Mr. Tan)] knew the truth behind the scenes." The truth, however, is that Defendant filed a meritless lawsuit against Mr. Theis and—fearing it would not succeed and seemingly intent on inflicting further reputational harm—started raining fire over Mr. Theis on social media.

36.     Defendant's admission that Mr. Theis's online expression speaking of God motivated him to initiate his media campaign also shows his desire to target Mr. Theis's religious beliefs.[3]

37.     On November 11, 2025—as promised in previous X posts—Mr. Tan appeared as a guest on the *Fargo Talks* podcast, hosted by Jeff Fargo. In the episode titled *"Steve Tan EXCLUSIVE: The Truth About the Luke Belmar Fallout,"* Mr. Tan continued his unrelenting campaign to disparage Mr. Theis's character, credibility, and businesses, by making statements such as the following:

     a.   **Portraying Mr. Theis as selfish and narcissistic**:

---

[3] Mr. Theis is known to speak about God and his faith countless of times on the internet, including podcast and social media posts. Mr. Theis's religious expression is nothing new—rather, it is a longstanding and central aspect of his character.

      i.    "… I start noticing when his fame it's kind of like my friend kind of joke it's kind of like the ego curve right… like as the fame and the views starts coming in we realize no more sensei… Steve Tan right no more sensei it's like oh like it's all about him…"

      ii.   "…like it's like a girlfriend, right? Everyone puts on their best show like initially, not authentic, right? Oh, like I'm this, I'm that. You know, until you got got on until you guys are sleeping together on the same bed, you started realizing, oh [ __ ] things are cracking. The real self is showing itself slowly by slow, like, you know, step by step. And that was when I realized like, [ __ ] the universe must be telling me something because I had two back-to-back relationships with people that are narcissists, right?"

b.  **Falsely claiming that Mr. Theis was broke and that his success was thanks to Mr. Tan and his brother**:

      i.    "I think the turning point was when he felt that he's the hot shit right? He's the one that actually made it all work. I'm not I'm I'm not going to be noble and just uh be on this podcast and say, 'Oh, we we built up Luke entirely.' No, I think that's unfair to say so, but me and my brother played a critical part in the success of building up Luke Belmar in the process, right? So, I think in light of all this, I think it's just multiple multiple things starting up and we started seeing a lot more red flags."

      ii.   "I defended him against my best friends. I was like, 'Oh, maybe you guys are all ultra successful. Maybe Luke is feeling a little bit a stranger to the group, right? He's not feeling very comfortable. That is why he probably needs to puff up himself more to be more comfortable or probably on the same level as you guys, right?" So, I kind of like, you know, I saw the red flag, but I didn't really thought it was a big deal at the point of time. So yeah, that kind of led into subsequently everything."

      iii.   "I think the jealous part was like that was like too much. I was like, bro, like are you fucking serious? Like you were you were an like I'm not saying it in a condensing way but like you were technically not anyone when you first reached out to me in 2018 mid mid I still remember this day June 2018 he was a nobody he was broke right but of course he put on a really good show right …."

c.  **Falsely claiming Mr. Theis was extremely verbally abusive to his brother and wife**: "I think there was a lot of like incidents that happened, right? The earliest red flag that we saw was he was <u>extremely verbally abusive to Nate Belmar</u>, right? He would call him names. He would like uh he would call him like you're a fucking piece of sheet. Um you're a loser. Like you're you're so lazy. Like you know because we I hang out with him so much, right? And I was like dude go easy on

your brother, right? Like I would never ever say those kind of things to my brother regardless of how angry I am. There is a boundary that of the things that you said. That was kind of the first red flag. And you know at the point of time I think me and my brother discussed I was like fuck if he could treat his own blood brother like this who are we to him? I think that's one question that we started pondering, right? And I think the defense that I came up with, ah, don't worry, Evan, you know, we're his mentors, you know, like he has a lot of respect for us. I don't think that's going to happen, right? And that that that persona was maintained for a period of time. Then we started spotting more <u>red flags on how he treats his wife, right? How he treat his father</u>. His father was actually a consultant for Capital Club, you know, in terms of like, you know, some operation stuff, dude. He fired his father from Capital Club just because his father said something that he didn't like to listen, right? And the worst part was I remember there was a time when he was at my place at my house and I think his wife Lara actually called him for help and he was in the middle of like a lunch with me, my brother and my brother's wife, right? And he was extremely upset with like you know that the wife called and request for help for some probably simple stuff. And guess what? He hanged up the phone and a few words came out fucking dumb bitch. That's how he called his wife. We were me and my brother, Amber, my brother's wife, were so I was like jaw drop. I was like, "What? What? What the hell? What the hell happened?" Like you you called someone someone so close to you a fucking dumb bitch. Like that's like fuck man. And like if you do that in Asia, you're probably going to face a divorce.

    d.  **Portraying Mr. Theis as a fraud, a liar, and a "scammer"**:

        i.  "I'll swear my life on this that 100% his net worth is [bullshit] Right. I think as you said, Jeff, like someone operating at a 40 million net worth wouldn't behave or operate like this because you don't really need the money."

        ii.  "…it's like how much longer do you want to continue this like **fake lie**. Okay. The fake persona that you have been putting on the impostor, the impostor syndrome or whatever you guys call it. And that really like triggered me to kind of like talk about it because honestly like people had been asking me like Steve, oh you know he was a **scammer** like why don't you talk about it earlier?" (emphasis added).

        iii.  "Why would I put in my time, my blood, sweat, and tears, my knowhow into somebody that is a, you know, quote unquote **scammer**? I wouldn't do that if I knew right from the beginning." (emphasis added).

38.    During his appearance on the *Fargo Talks* podcast, Defendant simultaneously leveled serious accusations against Mr. Theis while openly revealing that his motives stem from a personal—and entirely unjustified—vendetta. As Defendant's own statements show, his decision

to launch a social media campaign against Mr. Theis—spreading false accusations of criminal conduct—was driven not by any legitimate concern, but by his personal dislike of what he asserts is Mr. Theis's "fake persona" and by Mr. Theis's reference to God in a social media post:

> **But I really got triggered when one day my best friend actually sent me a screenshot, right, of Luke Belmar preaching about purity, preaching about God, men of God and whatnot.** And immediately like it triggered the fuck out of me, right? And I was like, come on. Come on. like men of God operating like this. Fuck you. Like it's it's bullshit right? **So I posted something on my Instagram. What an asshole he is, right?** In saying things like that **because I feel it's an entirely fake persona to use God as a fake mask. I feel it's extremely unethical to use God to paint a fake persona.** You know, if you're really religious, it's totally fine. I don't care. But if you use God, a religion to preach to all your people, you're a fake preacher essentially, right? **And that is why it kind of got me to start talking about this whole thing, right? Which is why I posted because it really crossed the line** you know initially all right lawsuit I don't even want to make a deal about it to be honest right because like why because it's draining like to be honest like this whole thing is a mental game right this whole process is going to drag out for long right god knows how many years right but when it started really crossing the line it's like how much longer do you want to continue this like fake lie Okay. **The fake persona that you have been putting on the impostor, the impostor syndrome or whatever you guys call it. And that really like triggered me to kind of like talk about it** because honestly like people had been asking me like Steve, oh you know he was a scammer like why don't you talk about it earlier? (emphasis added).

39.    Furthermore, Defendant's statements in the above-referenced podcast episode once again demonstrate his intent to damage Mr. Theis reputation within the relevant industry and business community through his relentless defamation campaign against Mr. Theis:

> …it's like how much longer do you want to continue this like fake lie Okay. The fake persona that you have been putting on the impostor, the impostor syndrome or whatever you guys call it. And that really like triggered me to kind of like talk about it because honestly like people had been asking me like Steve, oh you know he was a scammer like why don't you talk about it earlier? I was like I only know it like not long ago… like would I like you know I when when this whole drama started **I was extremely shocked and humbled and grateful for the amount of support that I've received online especially on X** you know I've I've been pretty much incognito like behind the scenes for the last few years because like you know like **let the**

**young young boys have their their fame their the time to shine** you know like people like I kind of see myself old you know like I just want to be chill do my biohacking, my stem cells, like you know, chill, focus on health, family, friends kind of thing. Why would I want to go go fight someone that has tens of millions of followers? **Like like I thought I'm going to I thought I'm going to just like be knocked out in one punch, right?** So people are asking me like if you already knew. So, like I already had an reputation in the space and I would say it's pretty clean and pretty well like I I'm kind of proud to be honest like to to have like such pristine reputation in the space and **I only knew it when I came out this time for the amount of support that I had with the industry** like people in ecom, industry leaders, business owners, followers, fans. **And they gave me massive support. I was like, "Good for you, Steve." Like, you know, I support you against this fight against the bully.** (emphasis added).

40.     The following summary is provided on the YouTube page of the *Fargo Talks* podcast concerning episode mentioned above:

> 00:00 Intro 02:01 – Steve's Early E-Com Journey 08:05 – First Contact With Luke 09:08 – First Impressions 10:01 – How Luke Got Into the Mastermind 13:21 – Building Trust 16:54 – Starting Capital Club 19:04 – Mission Begins to Shift 23:49 – Early Red Flags 30:00 – $4.2M Capital Club Launch 33:37 – Payment Processor Conflict 38:39 – Realizing the Manipulation 43:41 – Discovery of Gem Hunters 46:54 – When Steve Wanted Out 49:33 – Buyout Handshake Deal 54:46 – Locked Out of His Own Systems 56:08 – Seeing Luke's True Behavior 59:14 – The Biggest Lie 01:03:26 – Buyout Deal Falls Apart 01:13:06 – Lawsuit Filed 01:14:10 – Why Steve Spoke Out 01:20:23 – Stronger Bond With Brother

41.     As of today, the episode streamed by the *Fargo Talks* podcast has more than 45,000 views. See Fargo Talks, *Steve Tan EXCLUSIVE: The Truth About the Luke Belmar Fallout*, YouTube (Nov. 11, 2025), https://youtu.be/mwihozHpLpQ?si=hZSgjE-T6PYLGb22.

42.     On the same day (November 11, 2025), Mr. Tan shared a portion of the episode streamed by the *Fargo Talks* podcast on his Instagram account (@heystevetan).

43.     On November 12, 14, and 18, 2025 Mr. Tan continued to share excerpts from the same *Fargo Talks* podcast episode on his Instagram account (@heystevetan).

44.    On November 15, 2025, Mr. Tan posted a story to his Instagram account (@heystevetan)—referring to his previous comments about Mr. Theis—stating: "Question for anyone watching: would you respect/follow someone who calls both his wife and his mother a 'dumb bitch'? No level of success excuses that. It shows who you really are." The story included an interactive poll for his followers to vote "Yes" or "No."

45.    On November 16, 2025, Mr. Tan appeared as a guest on the *Kickoff Sessions* podcast, hosted by Darren Lee. In episode 312, titled *"Steve Tan Exposes Everything About Luke Belmar (Full Story),"* Mr. Tan made the following statements:

   a.  "He [(referring to Mr. Theis)] lies so much that he forgets the timelines and the numbers."

   b.  "A lot of … things that he has shared … are all kind of like smoke and mirrors."

   c.  "There are egomaniac tendencies … thinking it's always right … using conspiracy to iron in what he thinks is right."

   d.  "If you use fake successes to sell your success, you're basically lying."

   e.  "People are looking up to you because you had all the successes … so a lot of people are still kinda blinded … you're looking up to someone who's not who you think he is."

   f.  "People were questioning his whole come-up story … what people really … were unhappy about was how he faked his whole come-up story … I think people start to notice … his numbers … his experience … his come up story … was intentionally engineered … to make himself look extremely good … to paint the picture … that … hustle … I'm such a hustler."

   g.  "He faked his whole come-up story … preaches so much about God, about authenticity … I think it kind of rubs off the wrong ways … people start wanting to understand what's really the truth behind what he's sharing online."

   h.  "He was telling people … 'We're doing a few hundred million views per month.' … But I was like … most people say we don't even see Luke Belmar shit anymore online … after we left."

   i.  "I wasn't planning to come public about this … the lawsuit has been filed … Let me share with you … why we came out … the day I was going to Maldives … my

best friend … sent me a screenshot … he blocked me … and talked about being a 'man of God … purity' … That post triggered the fuck out of me."

46.    The following summary is provided on the YouTube page of the *Kickoff Sessions* podcast concerning episode 312:

> (00:00) Preview (00:43) The Origins of the Fallout (05:08) How Luke Belmar Changed (09:02) Why the Partnership Was Uneven (11:21) Investment Strategy Behind Capital Club (13:27) Were Luke's Claims to Success Fake? (15:37) Luke Belmar's Suspicious Behaviour (18:26) The Real Vision Behind Building Capital Club (23:45) How Luke Used Narrative Control (30:22) Steve's Exit Process (& What Actually Happened) (34:46) Luke's Role in Capital Club (41:40) The Vision Behind Capital Club (43:30) The $600K Withdrawal Explained (47:18) "$40M" Revenue Claims (51:44) Why Authenticity Matters (55:43) Getting Locked Out of Capital Club (59:08) When Things Started Falling Apart (01:03:40) What Happened to Capital Club Members (01:08:59) Why Steve Went Public with Lawsuit (01:12:10) What Steve Actually Wants from This Case (01:22:18) Steve's Plans for the Future

47.    As of today, the episode streamed by the *Kickoff Sessions* podcast has more than 34,000 views. See Darren Lee, *Steve Tan Exposes Everything About Luke Belmar (Full Story)*, YouTube (Nov. 16, 2025), https://www.youtube.com/watch?v=jxr-f45w-AE.

48.    On November 15, Mr. Tan shared a portion of the episode streamed by the *Kickoff Sessions* podcast on his Instagram account (@heystevetan).

49.    On November 24, 2025, Defendant posted an Instagram story stating that "[i]t's crazy how many DMs I'm getting from people who used to be his biggest supporters" and sharing a screenshot of an alleged testimonial he received via DM from an unidentified individual claiming he had been scammed by Mr. Theis. The DM stated as follows:

> This was years ago go so details I don't remember too much.
>
> I reached out to Luke [(Mr. Theis)] years ago after seeing his success and asked for his help with crypto.
>
> He promised me that he could easily 5x my money within 6 months.

I stupidly gave him my life savings at the time (£32,000) in BNB

And the moment after I sent it to him the communication between each of us was very quiet. He used to only respond to me maybe once every few weeks. I kept chasing him for updates on the crypto and within 5 months of me waiting he blocked me and I lost everything

50.    Defendant's publication of the alleged testimonial cited above shows his malicious intent to defame Mr. Theis—or at minimum his reckless disregard for the truth—as Defendant is well-aware that Mr. Theis has never taken anyone's cryptocurrency directly, that he only operates out of his companies, and Gem Hunters is the only company that accepts cryptocurrency. Defendant is also aware that there are multiple Luke Belmar impersonators scamming Capital Club members and Mr. Theis's followers because, when he worked with Mr. Theis, he actively reported scammers and purchased Software as a Service (SaaS) to help protect Mr. Theis's accounts. Therefore, Defendant knows that this DM is obviously fake or sent by someone who got scammed by a Luke Belmar impersonator.

51.    Despite knowing the truth, Defendant is blatantly accusing Mr. Theis of defrauding people and stealing money—conduct that, if true, would constitute a criminal offense.

52.    As part of his smear campaign, Defendant has also made direct attacks against Mr. Theis's businesses, other than Capital Club, particularly Ecom Society and Gem Hunters—both of which are Puerto Rico limited liability companies.

53.    Defendant's attacks against Ecom Society and Gem Hunters include posts directly disparaging both educational platforms, as well as the individuals (*experts*) hired to teach their courses.

54.    Mr. Tan has been making ongoing public statements on social media questioning these *experts'* moral code, alleging that they only continue to be involved with Mr. Theis because

they care more about money than the truth, and implying that they will eventually sever ties with Mr. Theis and his entities.

55.     Defendant's posts further seek to threaten and intimidate the experts to dissuade them from continuing to offer their services to or be associated with Mr. Theis, thus intentionally interfering with Plaintiffs' contractual relationships.

56.     For example, on November 9, 2025, Mr. Tan posted an Instagram story stating as follows:

> Remember all the "experts" and faces of Ecom Society. Save their profiles, you'll want their screenshots later. Because the day will come when many of them quietly distance themselves from Luke Belmar and the Ecom Society brand.
>
> In my experience, a lot of what's been presented about Luke's ecommerce results doesn't add up. $40m-$100m claims.
>
> If I'm you, I'd cut ties now before the narrative shifts and it affects your personal brand and company brand. I was the case study once. Don't make the same mistake.

57.     As another example, on November 15, 2025, Mr. Tan posted in an Instagram story a screenshot of Mr. Theis's announcement of Ecom Society's upcoming launch, accompanied by the following statements:

> Launching a "new community" built on your fake numbers and fake success [2 emojis]
>
> Show us the $1M per day proof, @lukebelmar. We're all waiting.
>
> What's even funnier is watching all these "experts" still riding with him after he's been exposed.
>
> I guess because money matters more to them than morals or truth.
>
> Just remember your brands will carry the consequences when more truth comes out, and you chose to be associated. [emoji]
>
> This is only the tip of the iceberg. Good luck. You'll need it.

58.     Mr. Tan has also been directly contacting these *experts*, attempting to intimidate them and persuade them to distance themselves from Mr. Theis and his entities—in some cases, threatening to sue them for continuing their collaboration with Mr. Theis's entities.

59.     Defendant has also used his own staff to intimidate and harass members of Mr. Theis's team by persistently contacting them with probing questions. He even hired a former finance team employee to reach out to Mr. Theis's current finance personnel, threatening them with subpoenas in an effort to pressure and unsettle them.

60.     On November 1, 2025, following Mr. Theis's announcement of Ecom Society's launch, Defendant also posted an Instagram story encouraging Capital Club members to file a chargeback or demand a refund of their last annual membership payment, falsely claiming that Mr. Theis "did a force rebill on all memberships recently," calling it a "super shady action." Not only did Defendant's statements aim to interfere with Capital Club and Ecom Society subscriptions, but also to falsely accuse Mr. Theis of credit card fraud, a serious criminal offense

61.     On November 2, 2025, Defendant posted another Instagram story sharing a screenshot of Mr. Theis's X post announcing Ecom Society's launch, highlighting that it had been flagged with a warning indicating as follows:

> Users should exercise caution. Luke faces multiple fraud accusations, including scamming partners and promoting false success stories in e-commerce and crypto. A lawsuit alleges asset theft and manipulation, with detailed claims outlined in public court records.
>
> https://youtu.be/Ds9NgD9kK7Q
>
> https://x.com/Nate_Google_/status/1982841309191966824[4]

---

[4] This type of warning appears at the bottom of an X post through the platform's Community Notes system. Approved contributors can submit fact-checking notes, and other users then rate those notes for helpfulness. A note becomes publicly visible only if it receives sufficiently broad support. **Notably, Mr. Theis had never received such a warning on any of his posts before. It was only after Defendant began a smear campaign against Mr. Theis that a Community Note appeared cautioning readers to "be aware" of him as a purported scammer.**

62.     As part of his unremitting efforts to damage Mr. Theis's reputation, brands, and businesses, Defendant has also published multiple social media posts disparaging Gem Hunters, sharing screenshots of text messages and DMs from unidentified individuals allegedly telling their bad experiences with the platform, and encouraging followers to join his campaign.

63.     For instance, on November 3, 2025, he posted multiple purported testimonials on Instagram, along with a story making the following statement:

> You guys are incredible [emojis]
> I'm doing my best to reply to every single DM keep them coming.
>
> The amount of insider stories and messages I've been receiving is absolutely mind-blowing. [emoji]
>
> After reading everything you've shared, I had a massive realization…
>
> It's actually a blessing in disguise that he cut us out of Gem Hunters
>
> Because now I see what's really been going on the unhappy customers, the lack of integrity, the chaos behind the scenes.
>
> What felt like betrayal back then… now feels like divine protection. [emoji]
> Justice will prevail
>
> ST

64.     In addition to the posts cited above, Mr. Tan has published a series of Instagram live streams further defaming and disparaging Mr. Theis. These live streams continue to circulate because they have been uploaded to a YouTube channel called *Koffee Lite*, whose sole content consists of these recordings:

a.   Koffee Lite, *Steve Tan EXPOSES Luke Belmar, Part 1 (IG Live 11/08/25)*, YouTube (Nov. 9, 2025), https://youtu.be/lelxNcCzGBc?si=JI4SX8f9Gb9IBj-x.

b.   Koffee Lite, *Steve Tan EXPOSES Luke Belmar, Part 2 (IG Live 11/08/25)*, YouTube (Nov. 9, 2025), https://youtu.be/OnA1M8jkxCs?si=o0uPtPAXoZ0Fjw0D.

c. Koffee Lite, *Steve Tan EXPOSES Luke Belmar, Part 3 (IG Live 11/08/25)*, YouTube (Nov. 9, 2025), https://youtu.be/rVmCIJRcuGA?si=o0dPkOTlSD1r0wYO.

d. Koffee Lite, *Steve Tan on Luke Belmar, Tristan Tate, and His Future Pursuits, Part 1 (IG Live 11/16/2025)*, YouTube (Nov. 16, 2025), https://youtu.be/jpjLXzNJm7M?si=fI32jj7ASZHkaEfv.

e. Koffee Lite, *Steve Tan on Luke Belmar, Tristan Tate, and His Future Pursuits, Part 2 (IG Live 11/16/2025)*, YouTube (Nov. 16, 2025), https://youtu.be/rhAjOySZ62A?si=-gWGVuRvsAexNc45.

65.    To date, Mr. Tan continues to post about Mr. Theis on a daily basis and to appear on podcasts with the stated intention of "exposing" him.

66.    The timing, frequency, and content of Defendant's publications further demonstrate his actual malice and a deliberate intent to defame Mr. Theis, smear his name, and damage his reputation. Defendant had not posted on X or Instagram since April 2024. He resumed posting on X in late October and on Instagram in November. Since then, Defendant has used these platforms almost exclusively to disseminate false claims about Mr. Theis. Defendant has also kept his Instagram stories against Luke Belmar and Gem Hunters available to the public by adding them to *Highlights* titled "Luke Belmar" and "Gem Hunters."

67.    Mr. Tan's statements are false and made with the express intent of undermining Mr. Theis' credibility, dissuading actual and potential clients, and further disrupting his business operations by threatening and intimidating the *experts* who teach in Plaintiffs' educational platforms—and who are essential for their success.

68.    Defendant's statements have intentionally or, at best, negligently caused a snowball effect as they have quickly spread through social media and increasingly continue do so.[5]

---

[5] To date, Mr. Tan has over 280,000 followers on Instagram, more than 90,000 on Facebook, and over 43,000 on X.

69.     Given Mr. Tan's unrelenting and ongoing efforts to disseminate his false statements and encourage followers to reshare them, it is impossible to capture the full extent of his defamation and smearing campaign in Plaintiffs' pleadings. However, the posts and podcast appearances described in this complaint show the lies that are being spread by Defendant and his *modus operandi*. They also show the continuous and intense nature of Defendant's daily social media attacks on Mr. Theis's reputation.

70.     Mr. Tan is systematically targeting Mr. Theis's social media audience, disparaging Capital Club and Mr. Theis's recently launched Puerto Rico-based business ventures, Ecom Society and Gem Hunters.

71.     Defendant's relentless defamation campaign has caused, and continues to cause, reputational, economic, and emotional damages to Plaintiffs.

### FIRST CAUSE OF ACTION:
#### *Per se* Defamation, Libel, and Slander
**P.R. Const. Art. II, sec. 8; P.R. Laws Ann. Tit. 32, § 3141 *et seq*. ("Libel and Slander Act"); P.R. Laws Ann. Tit. 31, § 10801 ("Art. 1536" or "general tort statute").**

72.     Plaintiffs incorporate all preceding paragraphs as if fully set forth here.

73.     Defendant has engaged in an extensive, targeted, and continuous campaign of defamation against Mr. Theis and his companies through multiple online platforms, including X, Instagram, YouTube, podcasts, and direct calls for third parties to participate in disseminating negative statements about Plaintiffs.

74.     Defendant has repeatedly published false statements of fact, not opinions, falsely portraying Mr. Theis as a liar, fraud, manipulator, criminal, and domestic abuser, among other accusations. These statements were presented as factual assertions and were understood and received as such by Defendant's audience.

75.     Defendant's publications included explicit, fabricated allegations that Mr. Theis committed acts that would expose him to severe criminal penalties; that he "scammed," "defrauded," and "deceived" Defendant and others; and that he used manipulation and psychological abuse in both personal and professional settings.

76.     Defendant published these statements to thousands of third parties, including Defendant's substantial online following, podcast audiences, followers of Mr. Theis's companies, and members of the general public, and encouraged others to repost, share, and echo these false claims.

77.     Defendant has acted not only negligently but with actual malice, as he has made and continues making statements he *knows* are false. At minimum, Defendant has acted with reckless disregard for their truth. Defendant has ignored readily available evidence disproving his claims, has escalated his accusations even after knowing or being confronted with contrary facts, and has repeatedly expressed personal hostility toward Mr. Theis. He has publicly stated his intent to "expose" and "bring down" Mr. Theis, demonstrating that his statements are motivated by spite, ill will, and a predetermined objective to injure Mr. Theis's reputation rather than any good-faith belief in their truth.

78.     Defendant's statements constitute defamation *per se* because they fall squarely within categories recognized as inherently damaging, including:

a. **False accusations of criminal conduct** – Defendant accused Plaintiffs of engaging in fraud, domestic abuse, and other criminal activity. False imputations of crime constitute defamation *per se*.

b. **False statements imputing serious moral turpitude** – Defendant portrayed Mr. Theis as immoral, abusive, deceitful, psychologically manipulative, and corrupt,

24

and falsely accused Plaintiff of abusing his wife, mother, father, and brother, and of leading a "cult-like" environment.

c. **False statements prejudicial to Mr. Theis's profession** – Defendant attacked Mr. Theis's core professional character, asserting that Mr. Theis's businesses were built on lies, deceit, and manipulation, that Mr. Theis defrauded customers, and that his educational platforms are a sham. Statements that directly undermine one's integrity and honesty in business constitute defamation *per se*.

79. These statements were not only false but inherently injurious and reasonably certain to cause reputational, emotional, and economic harm.

80. As a direct and proximate result of Defendant's *per se* defamatory conduct, Plaintiffs have suffered significant reputational injury, emotional distress, financial losses, loss of goodwill, disruption of business relationships, and other damages, the full extent of which will be established at trial, but are currently estimated at no less than $3,690,000, plus attorneys' fees, costs, expenses, and interest.

## SECOND CAUSE OF ACTION:
### Damages
**P.R. Laws Ann. Tit. 31, § 10801 ("Art. 1536" or "general tort statute")**

81. Plaintiffs incorporate all preceding paragraphs as if fully set forth herein.

82. Article 1536 of the Puerto Rico Civil Code imposes liability on any person who, by act or omission, causes harm to another through fault, negligence, or an intentional act. Defendant's conduct, as described above, constitutes a wrongful act under Puerto Rico law because he has intentionally and recklessly engaged in conduct that foreseeably and has proximately caused injury to Mr. Theis.

83.    Defendant has published and disseminated numerous false statements about Plaintiffs across multiple social media platforms—including X, Instagram, and YouTube—and podcasts accusing Plaintiff of criminal behavior, fraudulent business activities, manipulation, and other forms of serious misconduct.

84.    Defendant has acted—and continues acting—with fault, negligence, and actual malice. Defendant knew his statements were false or, at minimum, acted with reckless disregard for the truth. He has ignored readily available information disproving his accusations, has escalated his unfounded allegations over time, and has repeatedly expressed personal hostility toward Mr. Theis. Defendant publicly announced that he intended to "expose" and "bring down" Mr. Theis, confirming that his objective was not truth-seeking but targeted harm.

85.    Defendant's wrongful conduct foreseeably and directly caused Plaintiffs substantial damages, including—but not limited to—harm to Mr. Theis's personal and professional reputation, loss of business opportunities, disruption of commercial relationships, emotional distress, and significant financial losses by Mr. Theis's business ventures, including Capital Club, Ecom Society, and Gem Hunters.

86.    Moreover, Defendant's continuous harassment has interfered, and continues to interfere with Mr. Theis's day-to-day life by subjecting him and his family to public scrutiny, anxiety, and fear of further escalation. Defendant's conduct has also disrupted, and continues to disrupt, Plaintiffs' business operations by undermining client confidence, creating uncertainty among business partners, discouraging prospective clients from engaging with Plaintiffs' educational platforms, and forcing Mr. Theis to divert significant time, energy, and resources to respond to reputational crises and address concerns raised within his personal and professional networks.

87.     As a direct and proximate result of Defendant's intentional and negligent acts, Plaintiffs have suffered and continue to suffer damages in an amount to be determined at trial, but which are substantial and include actual, compensatory, and moral damages estimated at no less than $3,690,000, plus attorneys' fees, costs, expenses, and interest.

### THIRD CAUSE OF ACTION:
**Tortious Interference**
**P.R. Laws Ann. Tit. 31, § 10801 ("Art. 1536" or "general tort statute")**

88.     Plaintiffs incorporates all preceding paragraphs as if fully set forth herein.

89.     Plaintiffs maintained valid, enforceable contracts with fixed terms with members, clients, partners, and service providers. These contractual relationships involved defined membership periods, subscription terms, and service agreements with specific durations.

90.     Defendant knew of the existence of these contractual relationships.

91.     Defendant has publicly referenced Mr. Theis and his companies and targeted *experts* hired to teach courses offered by Ecom Society and Gem Hunters, seeking to pressure them into severing their ties with Mr. Theis and his affiliated entities.

92.     Defendant has actively encouraged Capital Club members to cancel their subscriptions and request refunds.

93.     Defendant's targeted statements demonstrate his direct knowledge of Plaintiffs' contracts and their critical importance to their business operations.

94.     Defendant has intentionally interfered with Plaintiffs' contractual relationships. Through a sustained campaign of false, inflammatory, and malicious statements—including accusations of criminal activity, fraud, deception, and unethical conduct—Defendant sought to undermine Mr. Theis's credibility, disrupt his business operations, and persuade contractual counterparties to terminate or avoid their relationships with Mr. Theis and his companies.

Defendant expressly encouraged Capital Club members to cancel their memberships, cast doubt on the legitimacy of Mr. Theis's educational platforms, and has both publicly and privately urged Ecom Society and Gem Hunters' instructors to terminate their contractual relationships with those companies.

95.    Defendant has acted—and continues to act—with actual malice and wrongful intent. In fact, he has openly stated his desire to "bring down" Mr. Theis and damage Mr. Theis's businesses. Defendant's interference was neither justified nor privileged and was designed to cause economic and reputational harm.

96.    Defendant's wrongful conduct has foreseeably and directly caused—and continues causing—Plaintiffs substantial damages. As a result of Defendant's interference, Plaintiffs have suffered loss of membership revenue, strained contractual relationships, reputational harm that impaired ongoing contractual performance, and additional economic damages to his business ventures.

97.    There is a direct, proximate causal link between Defendant's intentional interference and the damages suffered by Plaintiffs. Defendant's false statements, calls to action, and direct approaches have precipitated cancellations, eroded trust in Mr. Theis's companies, disrupted relationships with instructors and members, and jeopardized contracts that otherwise would have continued through their fixed terms.

98.    Defendant is liable for all damages proximately caused by his intentional and malicious interference with Plaintiffs' contractual relationships.

99.    As a direct and proximate result of Defendant's intentional and negligent acts, Plaintiffs have suffered and continue to suffer damages in an amount to be determined at trial, but are estimated to exceed $3,690,000, plus attorneys' fees, costs, expenses, and interest.

## PRAYER FOR RELIEF

100.    Plaintiffs incorporate all preceding paragraphs as if fully set forth here.

101.    Plaintiffs request a Judgment holding Defendant liable on all the claims and awarding a sum in excess of $3,690,000, plus attorneys' fees, expert witness fees, and costs.

102.    Plaintiff demands trial by jury on all claims.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on November 9, 2025.

**WE CERTIFY** that we filed this document using the CM/ECF system, which will automatically send notice of this filing to all counsel of record.

**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave., Suite 900
San Juan, PR 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*s/Manuel A. Pietrantoni*
Manuel A. Pietrantoni
USDC-PR No. 219805
mpietrantoni@mpmlawpr.com

*s/Claudia S. Delbrey Ortiz*
Claudia S. Delbrey Ortiz
USDC-PR 309207
cdelbrey@mpmlawpr.com